**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

**JOACHIM SAUNDERS,**

        **Plaintiff,**

    **vs.**                                                 **Civil Action 2:15-cv-3100**
                                                             **Judge Frost**
                                                              **Magistrate Judge King**

**LUTHERN SOCIAL SERVICES OF CENTRAL**
**OHIO FAITH MISSION,** *et al.***,**

        **Defendants.**

<u>**ORDER**</u>

    Plaintiff, proceeding without the assistance of counsel, seeks leave to pursue this civil action without prepayment of fees or costs pursuant to 28 U.S.C. § 1915(a). On December 30, 2015, the United States Magistrate Judge screened the *Complaint* and recommended that the motion for leave to proceed *in forma pauperis* be denied and that the action be dismissed for failure to state a claim for relief. *Report and Recommendation*, ECF No. 2 (citing 28 U.S.C. § 1915(e)). Although plaintiff was advised of his right to object to that recommendation, and of the consequences of his failure to do so, there has been no objection.

    The *Report and Recommendation*, ECF No. 2, is **ADOPTED AND AFFIRMED**. Plaintiff's motion for leave to proceed *in forma pauperis,* ECF No. 1, is **DENIED** and this action is **DISMISSED** pursuant to 28 U.S.C. § 1915(e) for failure to state a claim for relief.

1

The Clerk is **DIRECTED** to enter **FINAL JUDGMENT** in this action. Moreover, the Court **CERTIFIES** that there exists no good cause to appeal from the judgment entered in this action. *See* 28 U.S.C. § 1915(a).

/s/ GREGORY L. FROST
Gregory L. Frost
United States District Judge